UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Taurean Curtis Jackson, | No. 25-cv-2859 (KMM/ECW) |
| Plaintiff, | |
| v. | ORDER |
| United States of America, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright, dated July 30, 2025. Mr. Jackson filed objections to that R&R on August 18, 2025, and he filed additional objections on August 25, 2025.[1]

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. civ. P. 72(b)(4); D. Minn. LR 72.2(b). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error and the Court adopts the R&R in full. The Court has considered Mr. Jackson's arguments, but agrees with Magistrate Judge Wright that Mr. Jackson may not rely on 28 U.S.C. § 2241 to challenge his conviction or sentence in this case.

---

[1] Mr. Jackson filed a Motion for Extension of Time to File Objections to the R&R on August 11, 2025 (ECF 9), filed his first set of objections themselves seven days later (ECF 13), and the next set of objections a week after that (ECF 15). His request for additional time was granted (ECF 14), and his Objections are considered timely.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF 8) is ACCEPTED.

2. Mr. Jackson's emergency Petition for Writ of Habeas Corpus Based on Actual Innocence and Judicial Obstruction is DENIED.

3. Mr. Jackson's other pending motions (ECF 2, 4, & 5) are DENIED as moot.

4. This action is DISMISSED WITHOUT PREJUDICE.

**Let Judgment Be Entered Accordingly.**

Date: **August 28, 2025**    *s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge